IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 18-16141 |
|---|---|---|---|
| **Micheal Theige** | ) | | |
| **Linda Ann Theige** | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Pamela S. Hollis |

## NOTICE OF MOTION

**To:**   Micheal & Linda Theige, 528 Douglas St, Morris, IL, 60450

Glenn B. Stearns, 801 Warrenville Rd. Suite 650, Lisle, IL, 60532

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **May 10, 2019 at 10:45 a.m.** I shall appear before the Honorable Judge **Pamela S. Hollis** at Joliet City Hall, 150 W. Jefferson St. 2nd Floor, Joliet IL 60432 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:**   /s/ Briana Czajka
Briana Czajka

## CERTIFICATE OF SERVICE

I, Briana Czajka, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 4/19/2019.

**By:**   /s/Briana Czajka
Briana Czajka

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

American Web Loan
2128 N 14th St
Ste 1, #130
Ponca City OK 74601

AmeriCash Loans
Bankruptcy Department
880 Lee St., Ste. 302
Des Plaines IL 60016

ATT U-Verse
C/O Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville FL 32256

BANK OF Pontiac
Attn: Bankruptcy Dept.
300 W Washington St
Pontiac IL 61764

CAP1/Mnrds
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa IL 60045

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

COMENITY BANK/Carsons
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Comenitybank/Chrisbank
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Comenitycb/ULTA
Attn: Bankruptcy Dept.
Po Box 182120
Columbus OH 43218

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

Illinois State Credit
Attn: Bankruptcy Dept.
1309 S Center St
Normal IL 61761

Illinois State Credit
Attn: Bankruptcy Dept.
1309 S Center St
Normal IL 61761

Jeanette Dinelli
214 E North St
Dwight IL 60420

Kohls/Capone
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051

Lending Tree
40 Skokie Blvd
Northbrook IL 60062

Loancare Servicing CTR
Attn: Bankruptcy Dept.
3637 Sentara Way
Virginia Beach VA 23452

Maxlend
PO Box 639
Parshall ND 58770

MBB
Attn: Bankruptcy Dept.
1460 Renaissance Dr
Park Ridge IL 60068

Payday Loans Inc.
Bankruptcy Department
8832 S. Cicero Ave.
Oak Lawn IL 60453

RAC Acceptance
Bankruptcy Department
15770 S. LaGrange Rd.
Orland Park IL 60462

Rushmore
1023 W lake St
Chicago IL 60607

Security Finance
Attn: Bankruptcy Department
3618 E. State St.
Rockford IL 61108

State Collection Servi
Attn: Bankruptcy Dept.
2509 S Stoughton Rd
Madison WI 53716

Syncb/Walmart
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

Synchrony BANK
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

WF BANK NA
Attn: Bankruptcy Dept.
Po Box 14517
Des Moines IA 50306

World Finance Corporat
Attn: Bankruptcy Dept.
108 Frederick St
Greenville SC 29607

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 18-16141 |
|---|---|---|---|
| Micheal Theige | ) | | |
| Linda Ann Theige | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Pamela S. Hollis |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COME the Debtors, Mr. & Mrs. Micheal Theige (the "Debtors"), by and through their attorneys, Geraci Law L.L.C., to present their **MOTION TO MODIFY CONFIRMED PLAN,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 06/05/2018.

3. The Debtors' plan was confirmed by the Court on 09/07/2018.

4. The Debtors fell behind on their Chapter 13 plan payments because Mr. Theige had a stroke and retired and could not afford plan payments because he did not immediately start receiving his social security and pensions.

5. Mr. Thiege is now receiving income and the Debtors are able to resume plan payments, however they are unable to cure the default. See Exhibit A for an updated budget.

6. For the reasons stated above, it is necessary for the successful completion of the Debtors' plan to defer the arrears to the end of the plan term.

WHEREFORE THE DEBTORS, Mr. & Mrs. Micheal Theige, respectfully request this Honorable Court enter an order:

1. Deferring arrears to the end of the plan term,

2. Any other relief the court deems proper.


                                             **By:** ____*/s/ Briana Czajka*__
                                                  Briana Czajka


**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax): 877.247.1960